IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **JAMYE PRESTON** ) | |
| ) | |
|     **Plaintiff** ) | |
| vs. ) | Civil Case No. 05-0654-CV-W-DW |
| ) | |
| **JO ANNE BARNHART,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
|     **Defendant** ) | |

__X__   **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

    ORDERED: the Court hereby **REVERSES** the decision of the commissioner, and **ORDERS** that this case is **REMANDED** pursuant to 42 U.S.C. Section 405(g), sentence 4, for further proceedings consistent with this Order. The Clerk of Court is directed t enter a final judgment pursuant to Federal Rule 58.

June 30, 2006                                                           Patricia Brune
Date                                                                               Clerk

                                                                           By:  /s/ Y. Johnson
                                                                                        Deputy Clerk