IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMY PRESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05-0654-CV-W-DW |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Plaintiff's motion for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 15). Plaintiff and Defendant agree to an award of $6,400.00 in attorney fees. See Doc. 17.

Accordingly, it is hereby ORDERED that Plaintiff's motion for attorney fees is GRANTED IN PART. Counsel shall be awarded payment of $6,400.00 for attorney fees and expenses. The check shall be made payable to Plaintiff's counsel.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: August 28, 2006